IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR101 |
| | ) | |
| v. | ) | |
| | ) | |
| ALONZO MARTINEZ-CAMACHO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the mandate of the United States Court of Appeals for the Eighth Circuit (Filing No. 465) and on defendant's notice of appeal (Filing No. 466), seeking to appeal the denial of a certificate of appealability.

The Court had previously ruled on defendant's appeal (Filing No. 462) in which the Court concluded that the defendant's motion would be deemed timely filed but denied a certificate of appealability.  In view of that order, the Court now also finds that defendant's notice of appeal concerning the denial of a certificate of appealability is without merit.  Accordingly,

IT IS ORDERED that defendant's request for certificate of appealability is denied.

DATED this 8th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court